### 10723.  SANDERS *v.* THE STATE.

BLOODWORTH, J.  The evidence did not authorize the verdict, and the judge erred in overruling the motion for new trial.

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 4, 1919.

Accusation of carrying concealed weapon; from city court of Albany—Judge Clayton Jones.  June 9, 1919.

From the evidence it appears that when an attempt was made to pull the defendant out of his automobile he put his hand behind him; he was pulled out of the car and a pistol was discovered lying on the seat where he had been sitting. When found it was not covered or concealed.

*Benton Odum, Peacock & Gardner,* for plaintiff in error, cited: 8 Ruling Case Law, 292, sec. 213; 38 Tex. 170; 23 Tex. App. 492; 29 S. W. 386; 37 S. W. 680; 76 Ala. 88; 92 Ala. 58.

*S. B. Lippitt, solicitor pro tem.,* contra, cited:  5 Am. & Eng. Enc. L. 733; 105 *Ga.* 633; 126 *Ga.* 89; 25 S. W. 285; 50 Tex. Crim. App. 619; 119 S. W. 98; 104 S. W. 941; 5 So. 576; 16 S. C. 187, 23 L. R. A. (N. S.), note.